**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN DOBSON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-01946-JDW** |
| | : | |
| **OFFICER DELEON,** *et al.,* | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 7th day of April, 2026, upon consideration of Plaintiff Jonathan Dobson's Motion to Proceed In Forma Pauperis (ECF No. 1) and his Prisoner Trust Fund Account Statement (ECF No. 3), it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915.

It is **FURTHER ORDERED** that Jonathan Dobson, #1126062, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. I direct the Warden of Riverside Correctional Facility or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Dobson's inmate account; or (b) the average monthly balance in Mr. Dobson's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Mr. Dobson's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward

payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Dobson's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

It is **FURTHER ORDERED** that the Clerk Of Court shall send a copy of this order to the Warden of Riverside Correctional Facility.

It is **FURTHER ORDERED** that the Complaint (ECF No. 2) is **DEEMED** filed and, for the reasons set forth in the accompanying Memorandum, is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Mr. Dobson may file an amended complaint on or before May 8, 2026. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Dobson's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Dobson should be mindful of the reasons that I dismissed the claims in his initial Complaint, as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

The Clerk Of Court shall send Mr. Dobson a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Mr. Dobson may use this form to file his amended complaint if he chooses to do so.

If Mr. Dobson does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court on or before May 8, 2026, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

If Mr. Dobson fails to file any response to this Order, I will conclude that he intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**